UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MINOR STEVENS, et al,

    Plaintiffs,

vs.

GRACO CHILDREN'S PRODUCTS
INC., et al,

    Defendants.

Civil Action No.1:12-cv-429

Magistrate Judge Bowman

**ORDER**

This is a products liability action wherein the parties have consented to the exercise of jurisdiction by the Magistrate Judge pursuant to 28 U.S.C. § 636(c). (Doc. 8). On July 31, 2012, Defendants moved to dismiss Counts 8, 10, and 11 of Plaintiffs' complaint. (Doc. 5). In response to Defendants' motion for partial dismissal, Plaintiffs filed a motion for leave to amend the complaint withdrawing Counts 10 and 11 and amending Count 8 to include additional allegations. (Doc. 12). Defendants do not oppose Plaintiffs' motion to amend.[1] (Doc. 18).

In light of the foregoing, Defendants' motion to dismiss (Doc. 5) is **DENIED as MOOT** and Plaintiffs' motion for leave to amend (Doc. 12) is **GRANTED.** Plaintiffs' counsel is herein **DIRECTED to FILE** the amended complaint electronically with the Court.

**IT IS SO ORDERED.**

                                        *s/ Stephanie K. Bowman*
                                        Stephanie K. Bowman
                                        United States Magistrate Judge

---

[1] With respect to Plaintiffs' amended Count 8, the undersigned recognizes that Defendants reserve the right to file a motion for summary judgment on that issue and any other issue after Plaintiffs' filing of the Amended Complaint.