UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MINOR STEVENS, et al,

    Plaintiffs,   Civil Action No.1:12-cv-429

    vs.   Magistrate Judge Bowman

GRACO CHILDREN'S PRODUCTS
INC., et al,

    Defendants.

## ORDER

The Court having been advised that the parties reached an agreement to settle this litigation;

It is **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **sixty (60) days**, move to reopen the action if settlement is not consummated.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

                                          *s/ Stephanie K. Bowman*
                                          Stephanie K. Bowman
                                          United States Magistrate Judge